**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**ODIVIS NUNEZ,**                                         Case No. **15-12743-BKC-LMI**
                                                                     Chapter 7

         **Debtor.**
_____/

**TRUSTEE'S NOTICE OF PUBLIC SALE**

**PURSUANT TO BANKRUPTCY RULE 6004 AND LOCAL RULE 6004-1(D), THIS PROPOSED SALE WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER IF NO OBJECTION TO THE SALE IS FILED AND SERVED WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE.**

LOCATION:            Stampler Auctions, Inc.
                          1914 Tigertail Blvd
                          Dania, FL 33004
                          Telephone: (954) 921-8888

ASSET DESCRIPTION:    **2008 Chrysler Aspen Limited Signature Series**
DATE:                         April 25, 2015
INSPECTION TIME:       08:00 AM
AUCTION TIME:            10:00 AM

       **YOU ARE HEREBY NOTIFIED** that at the time and the place indicated above, pursuant to Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, Barry E. Mukamal, the Chapter 7 Trustee, proposes to sell, at public sale, the rights, title and interest in the Debtor's **2008 Chrysler Aspen Limited Signature Series.**

       1.      The sale of the asset shall be free and clear of liens, security interests, and other encumbrances, with any and all other liens, security interests and encumbrances to attach to the proceeds derived from the sale.

       2.      Subject to Court approval, the auction will be conducted by Stampler Auctions, Inc., at 1914 Tigertail Blvd, Dania, FL 33004.  For further information, contact the auctioneer at (954) 921-8888.

       3.      Any objections to the proposed auction sale must be filed with the Court and served upon the Trustee's counsel at least two (2) days prior to the scheduled sale.  If any objection to the proposed auction sale is timely filed and served, said objection shall be brought on for hearing on an

emergency basis at the Claude Pepper Federal Building, 301 N Miami Ave, Courtroom 8, Miami, Fl, 33128.

    4.    All sales shall be in cash or cashier's check and shall be final.

    5.    All sales are subject to a 10% buyers' premium.

    6.    All necessary sales taxes shall be collected.

    7.    **ALL SALES OF PROPERTY ARE "AS IS, WHERE IS" AND WITHOUT WARRANTIES OF ANY NATURE.**

Respectfully submitted this 26th day of March, 2015.

                                  /s/ Barry E. Mukamal
                              Barry E. Mukamal, Trustee
                              3 SE Third Ave. Box 158
                              Miami, FL  33131
                              Telephone:  (786) 517-5760

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and (ii) via U.S. Mail on all parties listed below on this 26th day of March, 2015.

/s/ Jazmin Padilla
Jazmin Padilla for Barry E. Mukamal, Trustee

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093-7864

Cavalry Portfolio Services, LLC
c/o Andreu, Palma & Andreu, PL
701 SW 27 Avenue #900
Miami, FL 33135-3000

Chase Card
201 N Walnut Street  Mailstop De1-1027
Wilmington, DE 19801-2920

Chase Card/Circuitcity/Bp Prvt Lbl
Po Box 15298
Wilmington, DE 19850-5298

Citgo/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898-9438

Comenity Bank/Nwyrk&Co
220 W Schrock Rd
Westerville, OH 43081-2873

Cypress Club at Kendale Association
c/o Siegfried, Rivera, Lerner & Sobel
201 Alhambra Circle, Ste 603
Coral Gables, FL 33134-5199

Deutsche Bank National Trust Company
c/o Shapiro & Fishman LLP
2424 N. Federal Highway #360
Boca Raton, FL 33431-7780

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Equable Ascent Financial, LLC.
c/o Hayt ,Hayt & Landau, PL
7765 SW 87th Ave, Ste 101
Miami, FL 33173-2535

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227-1115

HSBC Bank USA, N.A.
c/o Law Offices of Daniel C Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

Hsbc Bank
2929 Walden Ave
Depew, NY 14043-2690

Hsbc Bank
One Marine Midland Tower
Syracuse, NY 13221

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Odivis Nunez
1398 W 72nd Street
Hialeah, FL 33014-3418

Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009-9559

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

Sears/Cbna
8725 W. Sahara Ave  Mc 02/02/03
The Lakes, NV 89163-0001

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Syncb/Brandsmart
Po Box 965036
Orlando, FL 32896-5036

Syncb/City Furniture
C/O Po Box 965036
Orlando, FL 32896-0001

Syncb/Gap/Old Navy/Tjx Cos Dc
Po Box 965005
Orlando, FL 32896-5005

Syncb/Jcp
Po Box 965007
Orlando, FL 32896-5007

| | | |
|---|---|---|
| Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | US BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | Wffnatbank<br>P. O. Box 94498  Branch 3827<br>Las Vegas, NV 89193-4498 |

Wffnatbank
Po Box 94498
Las Vegas, NV 89193-4498