UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ODIVIS NUNEZ,   Case No. 15-12743-BKC-LMI
Chapter 7

    Debtor.
_____/

**TRUTEE'S *EX-PARTE* MOTION FOR ORDER
AUTHORIZING PAYMENT TO DIXIE TRANSPORT, INC.**

    Barry E. Mukamal, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Odivis Nunez ("Debtor"), files this *Ex-Parte* Motion for Order Authorizing Payment to Dixie Transport, Inc. ("Motion").  In support, the Trustee states as follows:

1.  The Debtor commenced this case on February 13, 2015 ("Petition Date"), upon the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  Barry E. Mukamal was appointed as the duly qualified and acting Chapter 7 Trustee for the Debtor's bankruptcy estate.

2.  Dixie Transport, Inc. seized the Debtor's 2008 Chrysler Aspen ("Vehicle") prior to the Petition Date.

3.  The Trustee received possession of the Vehicle on March 11, 2015 and turned it over to Stampler Auctions for liquidation.

4.  The Bankruptcy Estate of Odivis Nunes is indebted for the post-petition storage charges in the amount of $390.00. A copy of the invoice is attached hereto as Exhibit "A".

**WHEREFORE,** the Trustee respectfully requests the entry of an Order authorizing payment to Dixie Transport in the amount of $390.00, for services rendered and for any further relief as the Court deems just and proper.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served as indicated below on this page dated this 25th day of August, 2015.

**Served Electronically:**

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Robert Sanchez court@bankruptcyclinic.com, courtECFmail@gmail.com

**Served via US Mail:**

Dixie Transport, Inc.
c/o Steve Blatt
PO Box 370525
Miami, FL 33137

                                             /s/ Barry E. Mukamal
                                Barry E. Mukamal, Trustee
                                One SE 3rd Ave, Box 158
                                Miami, Florida 33131
                                Telephone: (786) 517-5760
                                Facsimile:   (786) 517-5772